**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAYPAL, INC., a corporation; and CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NO. FAL-2000335,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDERSON CARGO SERVICES, LLC, a limited liability company; and E F CORPORATION, a corporation,<br><br>Defendants.<br>_______________________________<br>ANDERSON CARGO SERVICES, LLC,<br><br>Crossclaimant,<br><br>vs.<br><br>E F CORPORATION,<br><br>Crossdefendant. | **Case No. 5:25-cv-10448-PCP**<br><br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO TRANSFER ACTION** |

The Court has considered the stipulation of plaintiffs PayPal, Inc. and Certain Underwriters at Lloyd's Subscribing to Policy No. FAL-2000335 (collectively, "PayPal") and of defendant and crossclaimant Anderson Cargo Services, LLC's ("DataTrec") to transfer the entire action to the United States District Court for the District of Arizona. PayPal and DataTrec so stipulated following the Court's order of July 10, 2026 that transferred the claims and crossclaims of those parties against defendant and crossdefendant E F Corporation.

The Court, having found good cause, orders the transfer of the entire action to the United States District Court for the District of Arizona.

IT IS SO ORDERED.

Dated: July 14, 2026

Hon. P. Casey Pitts
United States District Judge